UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 20-19029
Michael A Alvarez  )
  )  Chapter: 13
  )  Honorable David D. Cleary
  )
  )
Debtor(s)  )

## ORDER SUSTAINING OBJECTION TO CLAIM 10-1

This cause coming to be heard on the Objection of the Debtor for entry of an Order regarding Claim 10-1, the Court having jurisdiction over the matter and being fully advised in the premises;

IT IS HEREBY ORDERED:

1. That the Debtor's Objection to Claim 10-1 filed by the Internal Revenue Service is sustained.

2. That Debtor owes the Internal Revenue Service the priority amount of $786 for the 2018 and 2019 taxes.

Enter: *David D. Cleary*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: February 08, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600